26cr175 JRT/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HESTER SOPHIA WEIHMANN,

Defendant.

**INDICTMENT**

18 U.S.C. § 611
18 U.S.C. § 1015(f)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(False Claim of Citizenship in Order to Vote)**

On or about November 5, 2024, in the State and District of Minnesota, the defendant,

**HESTER SOPHIA WEIHMANN**,

an alien, knowingly made a false statement and claim that she was a citizen of the United States, in order to register to vote and to vote in a Federal, State and local election, in violation of Title 18, United States Code, Section 1015(f).

**COUNT 2**
**(Voting by Alien)**

On or about November 5, 2024, in the State and District of Minnesota, the defendant,

**HESTER SOPHIA WEIHMANN**,

SCANNED
SEP 2 4 2026
U.S. DISTRICT COURT MPLS

an alien, fully knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

A TRUE BILL

__________________________________
UNITED STATES ATTORNEY

__________________________________
FOREPERSON